AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Larry Crites

APPEARANCE

CASE NUMBER: 1:07-M-03ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Larry Crites

I certify that I am admitted to practice in this court.

1/4/07
*Date*

*Signature*

Timothy S. Morgan — 5365
*Print Name* — *Bar Number*

33 College Hill Rd, 15G
*Address*

Warwick — RI — 02886
*City* — *State* — *Zip Code*

401.826.3344 — 401.826.0444
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.