O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
JUN 05 2007
Property of U.S. District Court
District of Rhode Island

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
LARRY W. CRITES

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07-89ML

I, LARRY W. CRITES, the above named defendant, who is accused of travel in interstate commerce with intent to carry on unlawful activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/13/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Larry W. Crites
Defendant

Timothy J. Morgan, Esq.
Counsel for Defendant

Before David L. Martin
Judicial Officer USMJ