RECEIVED
JUN 18 2007
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CASE #:1:07-CR-89NL
:
LARRY W. CRITES :

**ORDER**

The above matter came on for a Hearing before Magistrate Judge David L. Martin on Defendant's Motion to Amend Conditions of Release, and after hearing thereon it was:

**ORDERED, ADJUDGED AND DECREED**

1. Defendant's Motion to Amend Conditions of Release is granted.

2. The Defendant shall have a curfew restriction of home confinement between the hours of 10:00 p.m. to 7:30 a.m. The electronic monitoring program shall be maintained and adjusted to provide for the curfew restriction.

Presented by:

*/s/Timothy J. Morgan*
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
401-826-3344

**Entered** as an Order of this Honorable Court on this 18th day of June, 2007.

David L Martin
David L. Martin, United States Magistrate Judge