**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CASE #:1:07-CR-89ML
:
LARRY W. CRITES :

**MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Now comes the Defendant, Larry W. Crites and hereby moves this Honorable Court to Continue the Sentencing Hearing previously scheduled for November 29, 2007 out an additional 45 days.

In support of Defendant's Motion he avers that he needs the additional time to prepare for sentencing.

Defendant further avers that he has conferred with the Government and they have no objection to the continuance.

WHEREFORE, Defendant prays for an Order continuing the Sentencing Hearing for a period of approximately 45 days and any other further and just relief the court deems appropriate.

Defendant, Larry W. Crites
By his attorney

\s\ Timothy J. Morgan, Esq.
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
401.826.3344

**CERTIFICATION**

I hereby certify that a copy of the within Motion was provided to Peter F. Neronha, AUSA, US Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, RI 02903, via regular mail, email and electronic filing on the __16___ day of November, 2007.

___\s\ Timothy J. Morgan, Esq.