**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CASE #:1:07-CR-89ML
:
LARRY W. CRITES :

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Now comes the Defendant, Larry W. Crites and hereby moves this Honorable Court to Continue the Sentencing Hearing presently scheduled for April 11, 2008 to April 28, 2008 or thereafter as the court's calendar permits.

In support of Defendant's Motion he avers that his attorney has a scheduling conflicts and family obligations for the scheduled day and the week following.

Defendant further avers that he has conferred with the Government and they have no objection to the continuance.

WHEREFORE, Defendant prays for an Order continuing the Sentencing Hearing to April 28 or thereafter as the court's calendar permits and any other further and just relief the court deems appropriate.

Defendant, Larry W. Crites
By his attorney

\s\ Timothy J. Morgan, Esq.
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
401.826.3344

## CERTIFICATION

I hereby certify that a copy of the within Motion was provided to Peter F. Neronha, AUSA, US Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, RI 02903, via regular mail, email and electronic filing on the __28___ day of March, 2008.

___\s\ Timothy J. Morgan, Esq.