**UNITED STATES DISTRICT COURT**
**DISTRICT OF STATE OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CASE #:1:07-CR-89ML
:
LARRY W. CRITES :

**MOTION FOR RELEASE OF SECURED BOND**

Now comes the Defendant, Larry W. Crites, and hereby moves this Honorable Court for the Release of the security posted as a condition of his release. In support of Defendant's Motion he avers the following:

1. As a condition of this Defendant's release, a secured Bond was set at $7,500.00 by this Court.

2. The Defendant posted $7,500.00 in cash with the Clerk of the Court on the day of his initial appearance on January 12, 2007.

3. The instant matter has been fully adjudicated, the Defendant has been sentenced to a term of imprisonment, he has begun his sentence and reported to the United States Marshalls on May 23, 2008 as directed by the sentencing judge.

4. The Defendant is in the custody of the Bureau of Prisons.

WHEREFORE, Defendant requests that the security posted be returned to:
Jessica Crites
15 Beacon Street
Taunton, MA 02780

Defendant, Larry W. Crites
By his attorney

\s\ Timothy J. Morgan, Esq.
Timothy J. Morgan, Esq. #5365
33 College Hill Road, Suite 15G
Warwick, RI 02886
401.826.3344

**CERTIFICATION**

I hereby certify that a copy of the within Motion was provided to Peter F. Neronha, AUSA, US Attorney's Office, 50 Kennedy Plaza - 8th Floor, Providence, RI 02903, via regular mail, email and electronic filing on the _____ day of June, 2008.

\s\ Timothy J. Morgan, Esq.